lants, and GASTON, WILLIAMS AND WIGMORE STEAMSHIP CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Arbitration between JAMES L. RICHARDS and Others, Appellants, and GASTON, WILLIAMS AND WIGMORE STEAMSHIP CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

ARTHUR H. GAGNON, as Receiver of the Property of WALTER SCOTT ROBERTS, Respondent, v. WALTER SCOTT ROBERTS and Another, Defendants, Impleaded with ARACOMA DRAPERY FABRICS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [131 Misc. 126.]

HUMBERTO BLANCO-FOMBONA, Respondent, v. GEORGE L. RICKARD and Others, Appellants, Impleaded, etc.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK A. STEVENS, Appellant, v. CHARLES F. HEALY, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion to resettle the bill of exceptions granted to the extent of striking out all amendments allowed which were proposed by the respondent and not consented to by the appellant, except that the judge's charge shall be printed in full. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FEDERAL CAPITAL CORPORATION, Appellant, v. FEDERATED CAPITAL CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PAULINE FALK, Appellant, v. INECTO, INC., Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PAULINE FALK, Appellant, v. INECTO, INC., Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LORRAINE MANUFACTURING COMPANY OF NEW YORK, INC., Respondent, v. ROSE PORTNER and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NINA ROMANOS, Respondent, v. PUBLIC PRESS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ARMAND VECSEY, Respondent, v. THE RUDOLPH WURLITZER COMPANY, Appellant, Impleaded, etc.— Order modified by providing that an open commission be issued for the examination of the witness, and that the defendant be permitted to examine said witness orally, upon a day certain to be agreed upon by the